**STATE of Missouri, Respondent,**

v.

**Darryl TAYLOR, Appellant.**

No. 70948.

Missouri Court of Appeals, Eastern District, Division Five.

June 24, 1997.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

Defendant, Darryl Taylor, appeals from the judgment on his convictions for forcible rape, § 566.030, RSMo 1994, and forcible sodomy, § 566.060, RSMo 1994. He was sentenced to concurrent sentences of 30 years for each count. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

---

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).